UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DONALD J. COON,**

        **Plaintiff,**

    **- v -**                                                        **Civ. No. 1:16-CV-291**
                                                                           **(TJM/DJS)**

**GEORGE BELL**, *et al*.,

        **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY**
**Senior United States District Judge**

## DECISION and ORDER

**I.    INTRODUCTION**

This *pro se* action was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for initial review. In his April 26, 2016 Report-Recommendation and Order, Magistrate Judge Stewart recommends that the Complaint (dkt. # 1) be dismissed pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted, and that, in light of Plaintiff's *pro se* status, he be afforded an opportunity to amend his Complaint. Plaintiff has not filed objections to the Report-Recommendation and Order (dkt. # 8), although he has made a request to file an Amended Complaint (dkt. # 10).

**II.    DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

1

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order (dkt. # 8) for the reasons stated therein.  Thus, it is hereby

**ORDERED** that the Complaint (dkt. # 1) is dismissed pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted; and it is further hereby,

**ORDERED** that Plaintiff's Amended Complaint (dkt. # 10) is **accepted for filing**, and is referred to Magistrate Judge Stewart for a 28 U.S.C. § 1915(e) review.

**IT IS SO ORDERED.**

Dated:May 23, 2016

_____
Thomas J. McAvoy
Senior, U.S. District Judge