**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DONALD J. COON,**

                                    **Plaintiff,**

    v.                                    **1:16-CV-291
                                             (TJM/DJS)**

**GEORGE BELL, et al.,**

                                    **Defendants.**
_____

**Thomas J. McAvoy, S.U.S.D.J.**

## DECISION & ORDER

This civil rights action, brought pursuant to 42 U.S.C. § 1983 and state law, was referred by this Court to the Honorable Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

In his Report-Recommendation, Magistrate Judge Stewart recommends that all claims in Plaintiff's Amended Complaint be dismissed except for Plaintiff's Fourth Amendment illegal search and Fourth Amendment excessive force claim against Defendant George Bell. No objections to the Report-Recommendation were filed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

This Court therefore ADOPTS the Report-Recommendation, dkt. # 13, for the reasons stated therein, and it is ORDERED that:

1. All claims in Plaintiff's Amended Complaint except Plaintiff's Fourth Amendment claims for illegal search and excessive force against Defendant George Bell are hereby DISMISSED; and

1

2. Defendants Anthony Jordan, Devon Anderson, Kathleen Hogan, Sheriff Jeffrey Murphy, April Beasley-Irving, Tammy De Lorne, the Village of Cambridge, the Village of Greenwich, the Glenn Falls Hospital Security Department, and Claverack Insurance Company are hereby DISMISSED from this action.

**IT IS SO ORDERED**.

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge

Dated: November 2, 2016